UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 1:18-MJ-00082** |
| | : | |
| | : | **VIOLATIONS:** |
| | : | |
| | : | **18 U.S.C. § 871(a)** |
| **FREDDY PATRICE POSSIAN,** | : | **(Threatening to Kill, Kidnap, and** |
| | : | **Injure the President of the United States)** |
| Defendant. | : | |
| | : | **18 U.S.C. § 844(e)** |
| | : | **(Threatening and Conveying False** |
| | : | **Information Concerning Use of an** |
| | : | **Explosive)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 28, 2018, within the District of Columbia, **FREDDY PATRICE POSSIAN**, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, to shoot him.

**(Threatening to Kill, Kidnap, and Injure the President of the United States**, in violation of Title 18, United States Code, Section 871(a))

### COUNT TWO

On or about July 28, 2018, within the District of Columbia, **FREDDY PATRICE POSSIAN**, did by means and use of an instrument of commerce, that is, a cellular telephone, and in or affecting interstate commerce, willfully threatened, and maliciously conveyed false

information, knowing the same to be false, concerning an attempt and alleged attempt to destroy a building, vehicle, and other real and personal property by means of an explosive.

**(Threatening and Conveying False Information Concerning Use of an Explosive**, in violation of Title 18, United States Code, Section 844(e))

                                                         A TRUE BILL:

                                                         FOREPERSON.

*Jessie K. Liu / KK*
Attorney of the United States in
and for the District of Columbia